# Court of Appeals
# of the State of Georgia

ATLANTA,  January 30, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0042. GOLDEN PEANUT COMPANY, LLC et al v. ROSS EDWARD MASON MILLER, et al.**

Upon consideration of APPELLANT'S EMERGENCY MOTION in the above styled case, it is ordered that the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  01/30/2024*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*